# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00635-CV

**L. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-19-008396, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant L. M. filed his notice of appeal on December 2, 2021. The appellate record was complete on January 3, 2022, making appellant's brief due on January 24, 2022. On January 24, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Karen J. Langsley to file appellant's brief no later than February 4, 2022. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on January 24, 2022.


Before Justices Goodwin, Baker and Triana